THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| DUSTIN LAW PORTER, STEVEN DROLLETTE, JOSHUA ASAY, and JOSHUA OLSEN,<br><br>Plaintiffs,<br><br>v.<br><br>DAGGETT COUNTY; ERIK BAILEY, in his official capacity; JERRY JORGENSEN; JOSHUA COX; and RODRIGO TOLEDO,<br><br>Defendants. | **ORDER GRANTING [252] MOTION TO CONTINUE TRIAL SETTING**<br><br>Case Nos.  2:18-cv-00389 (Consolidated)<br>  2:18-cv-00422<br>  2:19-cv-00188<br><br>District Judge David Barlow |

Before the court is Defendant Daggett County's Motion to Continue Trial Setting.[1] The court considered the briefing, relevant law, and oral argument presented on September 20, 2023. For the reasons stated on the record, Daggett County's motion is GRANTED. The court vacates the trial setting of December 1–14, 2023. The court will take under advisement parties' proposed dates for the trial after the parties meet and confer. An order resetting the trial will follow.

Signed September 21, 2023.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 252.